UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BERNARD ANDREW WHITE, | ) | 1:08-cv-00370-LJO-SMS |
| | ) | |
| Plaintiff, | ) | ORDER RE: FINDINGS AND |
| | ) | RECOMMENDATION TO REQUIRE |
| | ) | PLAINTIFF TO PAY THE FILING FEE |
| v. | ) | (DOC. 2) |
| | ) | |
| STATE OF CALIFORNIA, | ) | ORDER DENYING PLAINTIFF'S |
| et al., | ) | APPLICATION TO PROCEED IN FORMA |
| | ) | PAUPERIS (DOC. 3) |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

Plaintiff is proceeding pro se with an action for damages and other relief concerning alleged civil rights violations. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

On March 27, 2008, the Magistrate Judge filed findings and a recommendation that the Court require Plaintiff to pay the filing fee because Plaintiff was ineligible pursuant to 28 U.S.C. § 1915(g) to proceed in forma pauperis due to three previous dismissals of prisoner lawsuits for failure to state a claim.

Plaintiff was granted thirty days within which to file objections. The findings and recommendation were served on all

parties on March 27, 2008.

No objections were filed.

However, on April 4, 2008, Plaintiff filed an application to proceed in forma pauperis. The application did not contain any information that would warrant an inference that Plaintiff was under imminent danger of serious physical injury.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the findings and recommendation are supported by the record and proper analysis.

Further, in light of the adoption of the Findings and Recommendations, Plaintiff's application to proceed in forma pauperis will be denied.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 27, 2008, are ADOPTED IN FULL;

2. The Court FINDS pursuant to 28 U.S.C. § 1915(g) that Plaintiff IS INELIGIBLE to proceed in forma pauperis in the instant action, and that Plaintiff must pay the $350.00 filing fee for this action;

3. The Court DENIES Plaintiff's application to proceed in forma pauperis; and

4. The Court ORDERS Plaintiff to pay the $350.00 filing fee within twenty days, or the action will be dismissed.

IT IS SO ORDERED.

**Dated:   May 2, 2008**                    **/s/ Lawrence J. O'Neill**

UNITED STATES DISTRICT JUDGE