1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BERNARD ANDREW WHITE, | ) | 1:08-cv-00370-LJO-SMS |
| | ) | |
| Plaintiff, | ) | INFORMATIONAL ORDER TO PLAINTIFF |
| | ) | CONCERNING DISMISSAL FOR FAILURE |
| | ) | TO PAY THE FILING FEE AND FAILURE |
| v. | ) | TO FOLLOW AN ORDER OF THE COURT |
| | ) | |
| STATE OF CALIFORNIA, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

     Plaintiff is proceeding pro se with an action for damages and other relief concerning alleged civil rights violations. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

     On May 2, 2008, the Court ordered Plaintiff to pay the $350.00 filing fee in this action within twenty days. Over twenty days have passed, and Plaintiff has not paid the filing fee.

     Plaintiff IS INFORMED that a failure to pay the filing fee in full within ten days will be considered to be a failure to

////

//////

comply with an order of the Court pursuant to Local Rule 11-110, and the action will be dismissed without prejudice.

IT IS SO ORDERED.

**Dated:**    **May 27, 2008**                       **/s/ Sandra M. Snyder**        
UNITED STATES MAGISTRATE JUDGE